1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL BAZLEY,

11              Plaintiff,                    No. 2:12-cv-2496 KJM CKD PS

12        vs.

13   M.C. DUST, et al.,

14              Defendants.          ORDER FOR PAYMENT

15   _____/     OF INMATE FILING FEE

16   To: The Sheriff of Sacramento County, Attention:  Inmate Trust Account, 651 I Street,

17   Sacramento, California 95814:

18              Plaintiff, a county jail inmate proceeding without counsel and in forma pauperis,

19   is obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff is assessed an

20   initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to

21   plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the 6-month

22   period immediately preceding the filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment

23   of that initial partial filing fee, plaintiff will be obligated to make monthly payments in the

24   amount of twenty percent of the preceding month's income credited to plaintiff's trust account.

25   The Sacramento County Sheriff is required to send to the Clerk of the Court the initial partial

26   filing fee and thereafter payments from plaintiff's prison trust account each time the amount in

1

the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1.  The Sheriff of Sacramento County or a designee shall collect from plaintiff's prison trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of the Court.  The payment shall be clearly identified by the name and number assigned to this action.

2.  Thereafter, the Sacramento County Sheriff or a designee shall collect from plaintiff's prison trust account monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and forward payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full.  The payments shall be clearly identified by the name and number assigned to this action.

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on the Sheriff of Sacramento County, Attention: Inmate Trust Account, 651 I Street, Sacramento, California 95814.

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

Dated: November 8, 2012

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ckd9

2