1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL BAZLEY,                          No.  2:12-cv-2496 KJM CKD P

12              Plaintiff,

13        v.                                   ORDER TO SHOW CAUSE

14   M.C. DUST,

15              Defendant.

16

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

18   pursuant to 42 U.S.C. § 1983.  By an order filed April 2, 2013, this court directed the United

19   States Marshal to serve process on defendant Dust without prepayment of costs.  (ECF No. 23.)

20   On August 7, 2013, the Marshal returned the summons indicating service of the complaint on

21   defendant had been executed.  (ECF No. 28.)  Defendant, although properly served,[1] has not yet

22   filed a responsive pleading.  On August 13, 2013, plaintiff filed a request for entry of default

23   judgment, citing defendant's failure to timely file a response to the complaint.  (ECF No. 30.)

24   /////

25   /////

26   _____

     [1]  Court records indicate that Sergeant Costa of the California Highway Patrol accepted service
27   for defendant on July 9, 2013.  (ECF No. 28 at 1.)  Under Rule 12(a) of the Federal Rules of Civil
     Procedure, a defendant must serve an answer within 21 days after being served with the summons
28   and complaint.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  Defendant M.C. Dust show cause, within twenty-one days from the date of this order,

3    why default should not be entered;

4        2.  The Clerk of the Court shall forward a copy of this order to defendant M.C. Dust,

5    Captain, California Highway Patrol, 6 Massie Court, Sacramento, CA 95823; and

6        3.  The Clerk of the Court is directed to serve a copy of this order on Monica Anderson,

7    Supervising Deputy Attorney General.

8    Dated:  August 16, 2013

9                                    _____
                                     CAROLYN K. DELANEY

10                                   UNITED STATES MAGISTRATE JUDGE

11

12

13

14   2 / bazl2496..77d

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2