UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAZLEY, | No. 2:12-cv-2496 KJM CKD P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| M.C. DUST, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action pursuant to 42 U.S.C. § 1983.  By an order filed April 2, 2013, this court directed the United States Marshal to serve process on defendant Dust without prepayment of costs.  (ECF No. 23.) On August 7, 2013, the Marshal returned the summons indicating service of the complaint on defendant had been executed.  (ECF No. 28.)  Defendant, although properly served,[1] has not yet filed a responsive pleading.  On August 13, 2013, plaintiff filed a request for entry of default judgment, citing defendant's failure to timely file a response to the complaint.  (ECF No. 30.)

/////

/////

---

[1] Court records indicate that Sergeant Costa of the California Highway Patrol accepted service for defendant on July 9, 2013.  (ECF No. 28 at 1.)  Under Rule 12(a) of the Federal Rules of Civil Procedure, a defendant must serve an answer within 21 days after being served with the summons and complaint.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant M.C. Dust show cause, within twenty-one days from the date of this order, why default should not be entered;

2. The Clerk of the Court shall forward a copy of this order to defendant M.C. Dust, Captain, California Highway Patrol, 6 Massie Court, Sacramento, CA 95823; and

3. The Clerk of the Court is directed to serve a copy of this order on Monica Anderson, Supervising Deputy Attorney General.

Dated: August 16, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / bazl2496..77d

2