UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAZLEY, | No. 2:12-cv-2496 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| M. C. DUST, | |
| Defendant. | |

Good cause having been shown (see ECF No. 35), the August 16, 2013 order to show cause (ECF No. 33) is hereby DISCHARGED.  Additionally, it is hereby ordered that:

1. Plaintiff's request for entry of default (ECF No. 30) is denied; and

2. Defendant is granted fourteen days from the date of this order to file a response to the second amended complaint.

Dated: September 18, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / bazl2496.ord