UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BAZLEY,

    Plaintiff,

  v.

M. C. DUST,

    Defendant.

No. 2:12-cv-2496 KJM CKD P

ORDER

    Good cause having been shown (see ECF No. 35), the August 16, 2013 order to show cause (ECF No. 33) is hereby DISCHARGED. Additionally, it is hereby ordered that:

    1. Plaintiff's request for entry of default (ECF No. 30) is denied; and

    2. Defendant is granted fourteen days from the date of this order to file a response to the second amended complaint.

Dated: September 18, 2013

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / bazl2496.ord