UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAZLEY,<br><br>  Plaintiff,<br><br>  v.<br><br>M. C. DUST,<br><br>  Defendant. | No.  2:12-cv-2496 KJM CKD P<br><br><br>ORDER AND<br><br>FINDINGS & RECOMMENDATIONS |

Plaintiff, a former county jail inmate proceeding pro se, has filed a motion for leave to file a third amended complaint.  Plaintiff seeks to voluntarily dismiss the current defendant and substitute two other defendants who allegedly were involved in the incident at issue.[1]  (ECF No. 41.)  Plaintiff's motion is unopposed.  (ECF No. 42.)  Good cause appearing, the court will grant plaintiff leave to file a third amended complaint.  The court will recommend dismissal of defendant Dust from this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff is granted thirty days from the date of this order to file a third amended

---

[1] In a sworn declaration filed in this action, defendant Dust has stated that he "had no personal participation or involvement whatsoever in any of the alleged wrongful acts" described in the complaint.  (ECF No. 35-2 at 2.)

1

1  complaint. Failure to do so will result in a recommendation that this action be dismissed; and

2      2. The Discovery and Scheduling Order (ECF No. 39) is VACATED.

3      IT IS HEREBY RECOMMENDED THAT defendant Dust be dismissed from this action with prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 5, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
bazl2476.ord